FILED
ROBERT H. SHEMWELL, CLERK
USDC, WESTERN DISTRICT OF LA.
BY _____
DATE 8/26/08

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| BOBBY RAY YOUNG<br>LA. DOC #83164 | CIVIL ACTION NO. 08-0336; SEC. P |
| VERSUS | DISTRICT JUDGE DEE D. DRELL |
| ANN MAXEY, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after a de novo review of the record, including the objections filed by the plaintiff, having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint be and is hereby **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. §1915(e)(2)(b).

THUS DONE AND SIGNED in Chambers at Alexandria, Louisiana, on this 25 day of August, 2008.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE